# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIK LANCE JOHNSON, | Case No.: 2:25-cv-00671-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| UNITED STATES OF AMERICA ex rel FEDERAL BUREAU OF INVESTIGATION, | |
| Defendant | |

Plaintiff Erik Lance Johnson sues the United States of America ex rel. the Federal Bureau of Investigation for a car accident that occurred in Washoe County, Nevada. ECF No. 1 at 1. Johnson filed this action in the unofficial southern division of the court, but the accident occurred in the unofficial northern division. *See* LR IA 1-6.  Under Local Rule LR IA 1-8(a), civil actions "must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose."

I THEREFORE ORDER that this action is transferred to the unofficial northern division of this court for all further proceedings.  The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to petitioner regarding any federal limitation period and filing fee.

Dated this 17th day of April, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE